# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>STEVEN J. JACOBSON, ADVISOR RESOURCE COUNCIL, f/k/a 360 WEALTH MANAGEMENT LLC ("ARC"),<br><br>　　　　Defendants,<br><br>MARIAN JACOBSON,<br><br>　　　　Relief Defendant. | Case No. 2:23-cv-05650<br><br>JUDGE JANE TRICHE MILAZZO<br><br>MAGISTRATE JUDGE EVA J. DOSSIER |

## PLAINTIFF SECURITIES AND EXCHANGE COMMISSION'S CONSENT MOTION TO VOLUNTARILY DISMISS RELIEF DEFENDANT MARIAN JACOBSON

Plaintiff Securities and Exchange Commission (the "Commission"), respectfully moves, pursuant to Rules 41(a)(2) of the Federal Rules of Civil Procedure, to voluntarily dismiss its claim in this matter against Relief Defendant Marian Jacobson with prejudice. The Commission has conferred with Ms. Jacobson's counsel, who has indicated that she consents to this motion and her dismissal from the case.

The Complaint in this action, filed September 29, 2023, alleged violations by Defendants Steven Jacobson ("Jacobson") and Advisor Resource Council of the federal securities laws, and sought, among other things, to disgorge excess trading profits that Relief Defendant Marian Jacobson, Steven Jacobson's 89-year old mother, received as a result of those violations. (ECF No. 1.) Defendant ARC previously settled, and now Defendant Steven Jacobson has offered to

settle this litigation and has executed a Consent, which the Commission is filing along with a motion for entry of final judgment against Defendant Jacobson and a Proposed Final Judgment. Granting that motion, in conjunction with the instant motion, would resolve all outstanding claims in this case.

"[A]s a general rule, motions for voluntary dismissal should be freely granted unless the non-moving party will suffer some plain legal prejudice." *Elbaor v. Tripath Imaging, Inc.*, 279 F.3d 314, 317 (5th Cir. 2002) (citing *Manshack v. Southwestern Elec. Power Co.*, 915 F.2d 172, 174 (5th Cir. 1990)). Here, dismissal would not prejudice Marian Jacobson. Given the settlements with ARC and Steven Jacobson, the Commission has simply determined not to pursue its claim against Marian Jacobson. Accordingly, the Commission moves to voluntarily dismiss the case against Marian Jacobson with prejudice and submits herewith a Proposed Order.

Respectfully submitted this 8th day of July, 2025,

*/s/ Jasmine M. Starr*
Jasmine M. Starr
Colleen Keating
444 S. Flower St., 9th floor
Los Angeles, CA 90292
Telephone: 323-965-3998
Email: Starrja@sec.gov

Kristin W. Murnahan
950 East Paces Ferry Rd., Suite 900
Atlanta, GA 30326
Telephone: 404-842-7655
Email: murnahank@sec.gov

**COUNSEL FOR PLAINTIFF SECURITIES AND EXCHANGE COMMISSION**