UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>STEVEN J. JACOBSON, ADVISOR RESOURCE COUNCIL, f/k/a 360 WEALTH MANAGEMENT LLC ("ARC"),<br><br>　　　　Defendants,<br><br>MARIAN JACOBSON,<br><br>　　　　Relief Defendant. | Case No. 2:23-cv-05650<br><br>JUDGE JANE TRICHE MILAZZO<br><br>MAGISTRATE JUDGE EVA J. DOSSIER |

**ORDER GRANTING PLAINTIFF SECURITIES AND EXCHANGE COMMISSION'S CONSENT MOTION TO VOLUNTARILY DISMISS RELIEF DEFENDANT MARIAN JACOBSON**

Upon considering the Consent Motion to Voluntarily Dismiss Relief Defendant Marian Jacobson submitted by Plaintiff Securities and Exchange Commission (the "Commission"),

**IT IS HEREBY ORDERED** that the Commission's claim for relief against Marian Jacobson is dismissed with prejudice.

**SIGNED IN CHAMBERS**, New Orleans, Louisiana.

Dated: July 9th 2025

_____
UNITED STATES DISTRICT COURT JUDGE